FILED

JUN - 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman
U.S. Magistrate Judge

RE: Jeffrey Andrew Diaz

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 06-0050

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                          408-535-5230
U.S. Pretrial Services Officer                     TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 15 on June 5, 2006 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____    5/31/06
JUDICIAL OFFICER                              DATE

Cover Sheet (12/03/02)

| | |
|---|---|
| **To:** | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge |
| **Cc:** | Honorable Marilyn Patel<br>U.S. District Judge |
| **From:** | Laura Weigel<br>U.S. Pretrial Services Officer |
| **Subject:** | Jeffrey Andrew Diaz<br>CR 06-0050 |
| **Date:** | May 31, 2006 |



# MEMORANDUM

Your Honor,

Jeffrey Andrew Diaz is charged in an Indictment with a violation of Title 18, United States Code, Section 545 - Smuggling Goods Into the United States (Two Counts); and Title 18, United States Code, Section 1001(a)(3) - False Statements (Two Counts).

On March 14, 2006, the defendant appeared before Your Honor and was ordered released on a $250,000 bond secured by the property located at 8105 Park Villa Circle in Cupertino, California. In addition, the following special conditions were also imposed:

1. The defendant shall report immediately upon release and thereafter as directed to Pretrial Services in San Jose, California;
2. The defendant shall not travel outside the Northern District of California; travel outside the district is authorized for employment purposes.
3. The defendant shall surrender all passports and visas to the Court by March 14, 2006, and shall not apply for any passports or other travel documents;
4. The defendant shall maintain current employment;
5. The defendant shall submit to a warantless search of his person, place of residence, and vehicle at the direction of Pretrial Services;
6. The defendant shall not change residence without the prior approval of Pretrial Services;
7. The defendant shall not possess any firearm, destructive device, or other dangerous weapon, except as follows: the defendant shall surrender weapons to Fish & Wildlife by Friday, March 17, 2006 and is allowed to possess air guns for employment purposes.

This is to inform the Court that the defendant violated special condition number two, noted above.

*Diaz, Jeffrey Andrew*                                                                  *Case Number CR 06-0050*
                                                                                         *Memorandum     Page 2*

On April 27, 2006, the undersigned authorized the defendant to travel to Corpus Christie, Texas for an undetermined amount of time in order for him to provide Falconry Services for his clients. Mr. Diaz reported to Pretrial Services that he had the financial abilities to return to this district at a moments notice, should his presence be requested by the Court. At no time, did Pretrial Services authorize Mr. Diaz to leave the country.

Mr. Diaz appeared before the Honorable Judge Patel on May 16, 2006. Subsequent to his Court appearance, he reported in person to Pretrial Services as directed. To our knowledge, he then returned to Corpus Christie in order to complete his job.

On May 17, 2006, the undersigned was contacted by Special Agent Sean Mann from the U.S. Fish & Wildlife Services. Agent Mann stated that the defendant departed from United States on May 9, 2006, at 12:55am into Mexico and returned the same date at 6:30 p.m. He provided documentation to that effect which he received from U.S. Customs Service, see attached.

On May 18, 2006, the undersigned was contacted by Michael Nearny, Assistant United States Attorney. He stated that he was provided the same information by Agent Mann and that he would prefer that this matter be addressed by the Court. However, he stated that he will be out of the office until June 12, 2006.

The undersigned contacted the defendant who reported that he traveled to Progresso, Mexico on two occasions; May 8 and May 20, 2006. He stated that he went to have dental work performed and did not believe this to be a violation of his bond conditions. The undersigned admonished the defendant for leaving the country without permission and instructed him to return immediately to this district. Mr. Diaz stated that this would be a hardship because he is solely responsible for the falcons at this time. In light of the above information, the undersigned instructed him to contact his attorney.

The defendant is scheduled to appear on June 26, 2006, for a Motions Hearing before the Honorable Judge Patel. As such, this information is also being supplied to her.

In light of the above information, Pretrial Services respectfully requests that a bail review hearing be held at the Court's earliest convenience.

Respectfully Submitted,                                          Reviewed By,

Laura Weigel                                                     Jaime Carranza,
U.S. Pretrial Services Officer                                   Officer in Charge
                                                                 U.S. Pretrial Services Officer

```
05/17/2006 12:04 FAX 9191641467115      VS FWS/LE SACRAMENTO                    @004
  05/17/2006  11:39    15508752701              ICE RAC/SFIA                  PAGE 04/05
14:09                              PQH API/HIT DATA                051706       I2MR9207
TID=EXEV                                                                        I2PR9217


                        BORD        -  QUERY  -----    SPECL       REF
LICENSE  ST   CTRY  LOCA   DATE    TIME  AGN RSLT  DIR  OPS   TERM  IND   INSPECTOR
173KHF   TX   US    2309  050906  0055  CUS NOT   OUT         UI99   N    AVIS
        L23B - PROGRESO, INTERNATIONAL B


                         TECS RECORD ID :




              (PF3=MAIN MENU)                          (PF4=PREV MENU)
```

**OFFICIAL USE ONLY**

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE WITH A COPY OF THIS DOCUMENT.

```
05/17/2006 12:04 FAX 8181641467l6        VS FWS/LE SACRAMENTO
    05/17/2006  11:39   16568752701         ICE RAC/SFIA                       PAG:  05/05
14:09                       POH API/HIT DATA              051706          T2MR9207
TID=EXEV                                                                  T2PR9217


                   BORD              QUERY  -----      SPECL         REV
LICENSE  ST  CTRY  LOCA   DATE    TIME  AGN  RSLT   DIR  OPS   TERM  IND  INSPECTOR
173KHP   TX  US    2309   050906  1830  CUS  NOT    IN         UI02  C    451697715
   L23B - PROGRESO, INTERNATIONAL B


                        TECS RECORD ID :




            (PF3=MAIN MENU)                              (PF4=PREV MENU)
```

**OFFICIAL USE ONLY**

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS. US CUSTOMS SERVICE WITH A COPY OF THIS DOCUMENT.