KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DENNIS MICHAEL NERNEY (CSBN 40989)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7251

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JEFFREY ANDREW DIAZ, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 06- 0050 MHP <br><br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING <u>EXCLUSION OF TIME</u> |

     With the agreement of the parties in open court on June 5, 2006, and with the consent of the defendant Jeffrey Andrew Diaz ("defendant"), the Court enters this order (1) setting a hearing on July 17, 2006 at 11:00 a.m. and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 17, 2006 to July17, 2006. The parties agree, and the Court finds and holds, as follows:

     1. On April 17, 2006, the defendant filed a motion to suppress evidence and to dismiss the indictment and an accompanying declaration with a hearing to be held on May 15, 2006. The government filed its response, and on May 15, 2006, the defendant filed a reply to the government's response and two further declarations.

STIPULATION & [PROPOSED] ORDER
DOCUMENTING EXCLUSION OF TIME
[CR 06-0050 MHP]

1  2.  At the scheduled hearing on May 15, 2006, counsel for the defense advised the Court that he needed further time to investigate the case and file a further response. The Court set the case for a further hearing on June 26, 2006.

3.  On June 5, 2006, defense counsel asked the Court for more time to investigate the case and prepare his responses, and the Court continued the case for a hearing on July 17, 2006. Continuing the case until July 17, 2006 will give the defendant an opportunity to accomplish this objective.

4.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the two continuances until July 17, 2006 is necessary to allow for effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 17, 2006 to July 17, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5.  Accordingly, and with the consent of the defendant, the Court (1) sets a hearing for July 17, 2006 at 11:00 a.m. and (2) orders that the period from April 17, 2006 to July 17, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 13, 2006          /S/ Dennis Michael Nerney
                              DENNIS MICHAEL NERNEY
                              Assistant United States Attorney

DATED: July 13, 2006          /S/ George P. Eshoo
                              GEORGE P. ESHOO
                              Attorney for defendant Jeffrey Andrew Diaz

IT IS SO ORDERED.

DATED: 7/14/2006              _____
                              
                              MARILYN HALL PATEL
                              United States District Judge



STIPULATION & [PROPOSED] ORDER
DOCUMENTING EXCLUSION OF TIME
[CR 06-0050 MHP]