KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DENNIS MICHAEL NERNEY (CASBN 40989)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7251
    Facsimile:  (415) 436-7234
    Email: michael.nerney@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 06- 0050 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL UNTIL NOVEMBER 28, 2006, AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| JEFFREY ANDREW DIAZ, ) | |
|     Defendant. ) | |

    The parties appeared before the Court on September 25, 2006 and the case was set for a pre-trial conference on November 3, 2006 and for a jury trial on November 14, 2006.  With the agreement of the parties, and with the consent of the defendant, the Court now enters this order continuing the pre-trial conference to November 8, 2006 at 2:30 P.M. and the jury trial to November 28, 2006 at 9:00 A.M., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 25, 2006 to November 28, 2006.  The parties agree, and the Court finds and holds, as follows:

    1.  The defendant agrees to the continuance of the trial date and to an exclusion of time under the Speedy Trial Act. The Court finds that the ends of justice are served by this exclusion of time, and these ends outweigh the best interest of the public and the defendant in a speedy

1. trial. 18 U.S.C.§ 3161(h)(8)(A). The Court finds that this case, which at this time is not so unusual or so complex as to fall within the category of cases described in 18 U.S.C. § 3161(h)(8)(B)(ii), is nonetheless complex enough that failure to continue the trial date would deny counsel for the defendant a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. Accordingly, and with the consent of the defendant, the Court continues the trial of this case to November 28, 2006 and orders that the period from September 25, 2006 to November 28, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 23, 2006

_____/s/_____
DENNIS MICHAEL NERNEY
Assistant United States Attorney

DATED:  October 24 , 2006

_____/s/_____
GEORGE P. ESHOO
Attorney for Jeffrey Andrew Diaz

My attorney has explained my rights under the Speedy Trial Act to me, and I agree to the continuance of the pre-trial conference and the jury trial to the above dates. I further agree that the time between September 25, 2006 and November 28, 2006 should be excluded from the calculation of time under the Speedy Trial Act.

DATED: October 24, 2006

_____/s/_____
JEFFREY ANDREW DIAZ
Defendant

IT IS SO ORDERED.

DATED: 10/25/2006

HON. _____
United S_____



2