**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

APR - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number:  CR 06-0050-01 MHP** |
| **JEFFREY ANDREW DIAZ** | ) | |
| | ) | |

---

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 17th day of April, 2007, be continued until the 11th day of June, 2007 at 9:00 a.m.

Date: 4/5/07

_____
**UNITED STATES DISTRICT JUDGE**

kjg