SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROSTOSKI (CABN 138549)
Chief, Criminal Division

ROBERT S. ANDERSON (MTBN 3099)
Special Assistant United States Attorney
Northern District of California
Senior Trial Attorney
Environmental Crimes Section
Environment and Natural Resources Division
United States Department of Justice

    105 East Pine Street, 2nd Floor
    Missoula, MT 59802
    Telephone: (406) 360-4740
    Facsimile: (406) 542-1476
    Email: robert.anderson8@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06- 0050 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RESETTING HEARING TO MAY 25, 2007 AT 9:30 A.M. |
| JEFFREY ANDREW DIAZ, | |
| Defendant. | * as amended by court |

With the agreement of the parties and with the consent of the defendant Jeffrey Andrew Diaz ("defendant"), the Court enters this order (1) vacating the hearing presently set for April 24, 2007 at 9:30 a.m., and (2) resetting the hearing to Friday, May 25, 2007 at 9:30 a.m. The parties agree, and the Court finds, as follows:

1. Sentencing in this case is set to occur on June 11, 2007. Prior to sentencing, the Court has requested to hear testimony and argument on the subject of the market value of the wildlife involved in this case, an issue that is relevant to sentencing. This hearing was initially

STIPULATION & [PROPOSED] ORDER
RESETTING HEARING
[CR 06-0050 MHP]


1  set to occur on April 17, 2007, but was moved by the Court on April 11 (Document 52) to April 24, 2007.

2. Government counsel and expert witness Hoover reside outside California. Two witnesses whom the defendant may call at the hearing also reside outside the state. Several of these individuals are unable to be in California for a hearing on April 24. The parties discussed the matter and contacted chambers regarding a new date for the witness hearing. All agreed that Friday May 25, at 9:30 a.m. was acceptable. The parties expect the hearing can be concluded by noon.

3. Accordingly, and with the consent of the defendant, the Court (1) vacates the hearing presently set for April 24, 2007 at 9:30 a.m., and (2) reschedules the hearing for Friday, May 25, 2007 at 9:30 a.m.  *

IT IS SO STIPULATED.

DATED: April 20, 2007        /S/ Robert Anderson
                             ROBERT ANDERSON
                             Assistant United States Attorney

DATED: April 20, 2007        /S/ George P. Eshoo
                             GEORGE P. ESHOO
                             Attorney for defendant Jeffrey Andrew Diaz

IT IS SO ORDERED.

DATED: April 26, 2007

MARILYN HALL PATEL
United States District Judge



**\* The sentencing date, currently on calendar for 6/11/2007, is accelerated and shall also be heard on May 25, 2007 at 9:30 a.m., before the honorable Marilyn Hall Patel.**

STIPULATION & [PROPOSED] ORDER
RESETTING HEARING
[CR 06-0050 MHP]                    -2-