1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROSTOSKI (CABN 138549)
3  Chief, Criminal Division

4  ROBERT S. ANDERSON
   Special Assistant United States Attorney
5  Northern District of California
   Senior Trial Attorney
6  Environmental Crimes Section
   Environment and Natural Resources Division
7  United States Department of Justice

8      105 East Pine Street, 2nd Floor
       Missoula, MT 59802
9      Telephone: (406) 829-3322
       Facsimile: (406) 542-1476
10     Email: robert.anderson8@usdoj.gov

11 Attorneys for the United States of America

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 UNITED STATES OF AMERICA,        )   No.  CR 06- 0050 MHP
                                    )
17           Plaintiff,             )
                                    )   STIPULATION AND [PROPOSED]
18    v.                            )   ORDER REGARDING BRIEF VIEWING
                                    )   OF LIVE EURASIAN EAGLE OWL AT
19 JEFFREY ANDREW DIAZ,             )   THE SENTENCING HEARING ON MAY
                                    )   25, 2007 AT 9:30 A.M.
20           Defendant.             )
                                    )
21

22     With the agreement of the parties and with the consent of the defendant Jeffrey Andrew

23 Diaz ("defendant"), the Court enters this order permitting the government to bring to Court for a

24 breif in-court viewing, a live, female Eurasian Eagle Owl named "Athena," which was seized

25 from the Defendant after having been hatched by him from a smuggled egg and which has since

26 been cared for at the San Francsicso Zoo.  The bird will be caged and attended at all times by a

27 qualified keeper employed by the Zoo, escorted by a law enforcement agent.  The bird will

28 remain caged in the hallway outside the courtroom until such time as the Court deems its viewing

STIPULATION & [PROPOSED] ORDER
RE: IN-COURT VIEWING LIVE WILDLIFE
[CR 06-0050 MHP]

1  appropriate.

2      Accordingly, and with the consent of the defendant, the Court authorizes the entry into

3  the federal courthouse on the morning of May 25, 2007 of the live, caged Eurasian Eagle Owl

4  named "Athena," attended by a zookeeper and escorted by a federal law enforcement agent, and

5  the brief in-court viewing of the bird in the courtroom during the sentencing hearing at such time

6  and for such duration as may be deemed appropriate by the Court.

7  IT IS SO STIPULATED.

8  DATED: May 24, 2007                    /S/ Robert Anderson
                                           ROBERT ANDERSON
9                                                  Assistant United States Attorney

10 DATED: May 24, 2007                    /S/ George P. Eshoo
                                           GEORGE P. ESHOO
11                                               Attorney for defendant Jeffrey Andrew Diaz

12 IT IS SO ORDERED.

13 DATED:  May 25, 2007

14                                               MARILYN HALL PATEL
                                              United States District Judge



STIPULATION & [PROPOSED] ORDER
RE: IN-COURT VIEWING LIVE WILDLIFE
[CR 06-0050 MHP]  -2-