UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>JEFFREY ANDREW DIAZ,<br><br>        Defendant(s).<br>_____/ | No. CR 06-0050 MHP<br><br>**ORDER DENYING MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE** |

Defendant, who is serving a three-year term of supervised release, seeks relief from certain conditions of that release imposed by this court, specifically Standard Condition 13 so as to avoid disclosure of his conviction or supervised release status. The court has reviewed and considered the motion, the opposition to it and the statement of the defendant's Supervising Probation Officer ("SPO"). In view of the nature of the conviction in this case, the history surrounding the offense, the matters contained in the Presentence Report and the SPO's memorandum, the court finds that Standard Condition 13 is well advised and bears a substantial relationship to the criminal conduct giving rise to the conviction. The SPO is given full authority and discretion to monitor and enforce this and all other conditions. Therefore, the motion to amend is DENIED.

        IT IS SO ORDERED.

Date: May 17, 2010

_____
MARILYN HALL PATEL
United States District Court Judge