UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ANDREW DIAZ,

            Petitioner,

  vs.

UNITED STATES OF AMERICA,

            Respondent.

_____/

No. CR-06-0050 MHP
(C 09-4880 MHP)

**ORDER DENYING**
**CERTIFICATE OF**
**APPEALABILITY**

      Petitioner is appealing an order of this court denying his motion to vacate his conviction and sentence. The court has reviewed the papers submitted and this court's order denying his petition based upon clear existing Supreme Court and Ninth Circuit case law regarding ineffective assistance of counsel and finds that for the reasons stated in its order denying relief petitioner is not entitled to a certificate of appealability.

      Therefore, the court hereby DENIES a certificate of appealability with respect to its September 8, 2010 order.

      IT IS SO ORDERED.

Date: October 12, 2010

_____
MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

United States District Court
For the Northern District of California